FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES M. DENNIS,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT COURT OF SPOKANE COUNTY and SUPERIOR COURT OF SPOKANE COUNTY,<br><br>Defendants. | No. 2:18-cv-00271-SMJ<br><br>**ORDER DISMISSING COMPLAINT** |

By order filed October 19, 2018, the Court advised Plaintiff, a pretrial detainee at the Spokane County Jail, of the deficiencies of his complaint and directed him to amend it or voluntarily dismiss it within sixty days. ECF No. 11. Plaintiff is proceeding *pro se* and *in forma pauperis*. Defendants have not been served. The Court cautioned Plaintiff that if he failed to comply with the directives in the order, the Court would dismiss his complaint seeking monetary damages and dismissal of unspecified state criminal charges in two Spokane County courts.

Specifically, Plaintiff had failed to name as Defendants persons who are amenable to suit under 42 U.S.C. § 1983. *See United States v. Kama*, 394 F.3d 1236, 1239 (9th Cir. 2005) (Ferguson, J., concurring). Furthermore, the *Younger*

ORDER DISMISSING COMPLAINT **-** 1

abstention doctrine forbids federal courts from enjoining pending state criminal proceedings, absent extraordinary circumstances not presented here. *See Younger v. Harris*, 401 U.S. 37, 5354 (1971); *Kenneally v. Lungren*, 967 F.2d 329, 331 (9th Cir. 1992). Plaintiff did not comply with the Court's order and has filed nothing further in this action.

Therefore, for the reasons set forth above and in the Order to Amend or Voluntarily Dismiss, ECF No. 11, the complaint is subject to dismissal for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(ii).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Complaint, **ECF No. 10**, is **DISMISSED WITHOUT PREJUDICE** to Plaintiff pursuing available state court remedies.

2. Based on the Court's reading of *Washington v. Los Angeles County Sheriff's Department*, 833 F.3d 1048 (9th Cir. 2016), this dismissal will NOT count as a "strike" under 28 U.S.C. § 1915(g).

3. The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** this file.

4. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

provide a copy to *pro se* Plaintiff at his last known address.

**DATED** this 11th day of January 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge